UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLEVELAND POWELL,

        Plaintiff,

vs.

Case No. 11-11280

HON. GEORGE CARAM STEEH

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendant.
_____/

ORDER REGARDING DEFENDANT'S MOTION TO DISMISS [DOC. 2]

This matter has come before the court on defendant State Farm's motion to dismiss plaintiff's complaint for failure to state a claim, or in the alternative for a more definite statement. The court heard oral argument by the parties on June 9, 2011. Now, therefore, for the reasons stated on the record,

IT IS HEREBY ORDERED that plaintiff shall have 45 days from the date of this order to file an amended complaint. Until that time, the court will defer issuing a ruling on defendant's motion to dismiss.

It is so ordered.

Dated: June 9, 2011

                        S/George Caram Steeh
                        GEORGE CARAM STEEH
                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE
Copies of this Order were served upon attorneys of record on
June 9, 2011, by electronic and/or ordinary mail and also to
Cleveland Powell at 18 Gillespie Street, Pontiac, MI 48341.

S/Josephine Chaffee
Deputy Clerk