UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLEVELAND POWELL,

                    Plaintiff,

                                                    Case No.  11-11280

vs.

                                                    HON.  GEORGE CARAM STEEH

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                    Defendant.

_____/

ORDER DENYING DEFENDANT'S MOTION TO
DISMISS OR FOR A MORE DEFINITE STATEMENT [DOC. 2]

        This matter has come before the court on defendant State Farm's motion to

dismiss plaintiff's complaint for failure to state a claim, or in the alternative for a more

definite statement.  The court heard oral argument by the parties on June 9, 2011 and

at that time held defendant's motion in abeyance, giving plaintiff until July 25, 2011 to

file an amended complaint.  On July 25, an appearance was entered by counsel on

plaintiff's behalf, and an amended complaint was filed.  Now, therefore,

        IT IS HEREBY ORDERED that defendant's motion to dismiss or for a more

definite statement is DENIED AS MOOT.

        It is so ordered.

Dated:  July 28, 2011

                                        S/George Caram Steeh_____
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE
Copies of this Order were served upon attorneys of record on
July 28, 2011, by electronic and/or ordinary mail and also to
Cleveland Powell at 18 Gillespie Street, Pontiac, MI 48341.


S/Josephine Chaffee
Deputy Clerk